JOHNSON, ET AL. v. COX.

(Decided November 30, 1916.   73 South. 923.)

APPEAL from Gadsden City Court.

Heard before Hon. JOHN DISQUE.

J. M. MILLER, for appellants.   MOTLEY & MOTLEY, for appellee.

MAYFIELD, J.—This cause is affirmed on the authority of *Johnson, et al. v. Cox, infra,* 73 South. 922.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

---

KINNEY, ET AL. v. STEINER BROTHERS.

(Decided October 27, 1916.   73 South. 1000.)

APPEAL from Birmingham City Court.

Heard before Hon. JOHN C. PUGH.

J. L. DRENNEN, for appellant.   A. & F. B. LATADY and LEADER & EWING, for appellee.

Per Curiam.—Cause dismissed by agreement at cost of appellee.

---

LEE, ET AL. v. WOODLAWN LUMBER CO.

(Decided November 28, 1916.   73 South. 1000.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

HALEY & HALEY and STERLING A. WOOD, for appellant.   J. S. KENNEDY, for appellee.

Per Curiam.—Appeal dismissed by agreement.

---

L. E. & S. E. ATWELL v. CUDAHY PACKING CO.

(Decided January 16, 1917.   73 South. 1000.)

APPEAL from Covington Chancery Court.

Heard before Hon. OSCAR S. LEWIS.

BALDWIN & MURPHY, for appellant.   JONES & POWELL, for appellee.

Per Curiam.—Appeal dismissed for want of prosecution.